UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

CARLOS SEGURA,

                                 Petitioner,

        v.

THOMAS GRIFFIN,

                                 Respondent.

**ORDER ADOPTING REPORT AND RECOMMENDATION**

16-CV-06688 (LDH)(LB)

---

LaSHANN DeARCY HALL, United States District Judge:

      On December 17, 2019, Magistrate Judge Lois Bloom issued a Report and Recommendation recommending that this Court deny the Petition for a Writ of Habeas Corpus. The parties were given until December 31, 2019, to file objections to the Report and Recommendation. Petitioner's objections, signed by Petitioner on January 1, 2020, were filed January 9, 2020. Failure to timely file an objection to the Report and Recommendation generally waives any further judicial review. *See DeLeon v. Strack*, 234 F.3d 84, 86 (2d Cir. 2000). Nonetheless, the Court has considered Petitioner's objections, which simply rehash the arguments raised in his Petition and reply brief. None of those arguments provide a basis for relief. The Court has reviewed the Report and Recommendation *de novo* and hereby adopts it in its entirety as the opinion of this Court. *See* Fed. R. Civ. P. 72(b)(1), (3); 28 U.S.C. § 636(b)(1)(C). Accordingly, the Petition for a Writ of Habeas Corpus is DENIED.

                                                          SO ORDERED:

Dated: Brooklyn, New York
       January 25, 2021

                                                   /s/ LDH
                                                 LaSHANN DeARCY HALL
                                                 United States District Judge